No. D–882. IN RE DISBARMENT OF TIERNEY. Disbarment entered. [For earlier order herein, see 494 U. S. 1053.]

No. D–889. IN RE DISBARMENT OF MAZUR. Disbarment entered. [For earlier order herein, see 494 U. S. 1065.]

No. D–898. IN RE DISBARMENT OF KELLY. Disbarment entered. [For earlier order herein, see 495 U. S. 945.]

No. D–903. IN RE DISBARMENT OF HAGMAN. Disbarment entered. [For earlier order herein, see 495 U. S. 955.]

No. D–915. IN RE DISBARMENT OF KOKERNAK. It is ordered that Bruce G. Kokernak, of Sarasota, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–916. IN RE DISBARMENT OF JOHNSTONE. It is ordered that Robert Bruce Johnstone, of Eagle Creek, Ore., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–917. IN RE DISBARMENT OF HENDERSON. It is ordered that Barry J. Henderson, of Baltimore, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–918. IN RE DISBARMENT OF LOVELL. It is ordered that Howell Lovell, Jr., of San Francisco, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–919. IN RE DISBARMENT OF NICHOLS. It is ordered that John A. Nichols, of Parchman, Miss., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–920. IN RE DISBARMENT OF DODGE. It is ordered that James Colvin Dodge, of West Liberty, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.